IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARREN JOHNSON**, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : NO. 00-2334 |
| | : |
| **DONALD T. VAUGHN, et al.**, | : |
| Respondents. | : |

### ORDER

**AND NOW**, this ____ day of November, 2013, upon careful consideration of Petitioner's Motion for Relief from Judgment (Doc. 82), Petitioner's Motion for Summary Judgment (Doc. 86), Respondents' Motion for Leave to File Consolidated Responses out of Time (Doc. 87), the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. 93), and Petitioner's Objections to the Report and Recommendation (Doc. 94), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Petitioner's Motion for Relief from Judgment is **DENIED**;
3. Petitioner's Motion for Summary Judgment is **DENIED**;
4. Respondents' Motion for Leave to File Consolidated Responses out of Time is **MOOT**;
5. There is no probable cause to issue a certificate of appealability; and
6. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**