IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARREN JOHNSON,
    Petitioner,

v.      CIVIL ACTION NO. 00-CV-2334

DONALD VAUGHN, *et al.*,
    Respondents.

FILED MAY 24 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 23rd day of May 2018, **IT IS ORDERED** that:

1. Petitioner's Motion for Relief from Judgment Pursuant to Rule 60(b), Fed.R.Civ.P. is **DENIED**;

2. Petitioner's Motion to Transfer to Cure Want of Jurisdiction is **DENIED**;

3. The Clerk of Court shall **CLOSE** this matter; and,

4. There is no cause to issue a certificate of appealability.

BY THE COURT:

_____
PETRESE B. TUCKER, J.

4